UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CORY STOKES, ET AL.**                       **CIVIL ACTION**

**VERSUS**

                                                        **NO. 20-572-SDD-RLB**

**LLOYD MCBRIDE, ET AL.**

## ORDER

On September 24, 2020, the Court issued an Order (R. Doc. 4) instructing plaintiff to file an amended complaint providing citizenship of defendants State Farm Mutual Automobile Insurance Company and The Hartford. A review of the record indicates that an amended complaint has not been filed. Therefore,

**IT IS ORDERED that,** pursuant to 28 U.S.C. §1653, on or before **November 6, 2020,** the plaintiff shall file an amended complaint providing the citizenship of defendants **State Farm Mutual Automobile Insurance Company and The Hartford**, by setting forth the following citizenship particulars required to sustain federal diversity jurisdiction:

> A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business[1] of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983). The state of incorporation and principal place of business of **State Farm Mutual Automobile Insurance Company and The Hartford** are not provided.

---

[1] The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will typically be found at its corporate headquarters. *Hertz Corp. v. Friend,* 130 S.Ct. 1181, 175 L.Ed.2d 1029 (2010)

Failure to file an amended complaint may result in an Order to Show Cause being issued or a recommendation that this matter be dismissed for failure to establish jurisdiction.

Signed in Baton Rouge, Louisiana, on October 26, 2020.

						_____
						**RICHARD L. BOURGEOIS, JR.**
						**UNITED STATES MAGISTRATE JUDGE**